## Commonwealth *v.* Kocher, Appellant.

Submitted March 17, 1975.

*Ralph W. D. Levan,* First Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.